PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Joseph Bruce BUSH |
| **Docket Number:** | 2:00CR00391-01 |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/30/2001 |
| **Original Offense:** | 18 USC 371, 1344(1) - Conspiracy to Commit Bank Fraud (CLASS D FELONY) |
| **Original Sentence:** | 60 months probation; $77,312.45 restitution; $100 special assessment |
| **Special Conditions:** | Warrantless Search; Financial Disclosure; Financial Restrictions; Drug Testing and Treatment; Aftercare Co-Payment |
| **Other Court Action:** | None |
| **Type of Supervision:** | Probation (Northern District of California) |
| **Supervision Commenced:** | 03/30/2001 |

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.



FILED

FEB 2 3 2006

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Rev. 1/2005
PROB12A1.MRG

RE:   Joseph Bruce Bush
      Docket Number: 2:00CR00391-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

1.   **IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:** The probationer was ordered to pay $77,312.45 in restitution. At this time, he has a remaining balance of $67,626.45.

**United States Probation Officer Plan/Justification:**   Throughout the period of supervision, Bush's economic circumstances have been monitored by his supervising probation officer in the Northern District of California for changes which would affect his ability to pay restitution. Computer asset searches have uncovered no unreported assets. The payment schedule has been adjusted to ensure payments are commensurate with his ability to pay. Bush's income has remained stable and he has complied with complete financial disclosure. He has stayed in compliance with all other supervision terms and conditions.

It is recommended no action be taken and supervision be allowed to expire as scheduled on March 29, 2006. The supervising probation officer will continue collection efforts until supervision expires. The probationer has been instructed to continue making payments following expiration.

Respectfully submitted,

Teresa C Hoffman

TERESA C. HOFFMAN
United States Probation Officer
Telephone: (916) 930 - 4316

DATED:   February 15, 2006
         Sacramento, California
         TCH/rb

REVIEWED BY:   Karen A Meusling

KAREN A. MEUSLING
Supervising United States Probation Officer

RE:     Joseph Bruce Bush
        Docket Number: 2:00CR00391-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

[✓]    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

[ ]    Submit a Request for Modifying the Conditions or Term of Supervision.

[ ]    Submit a Request for Warrant or Summons.

[ ]    Other:

2/21/06
Date

United States District Judge

cc:    United States Probation
       Assistant United States Attorney (to be assigned)
       Bruce Locke, Defense Counsel
       Financial Litigation Unit, United States Attorney's Office
       Clerk's Office, Financial Unit

Attachment: PSR (Sacramento only)